JOHNSON against CHAFFANT.                    Saturday,
                                             December
IN ERROR.                                    24th.

THIS was a writ of error to the Common Pleas of Chester;  If there is an
   and the error assigned was that the declaration, which was  agreement
in debt, did not state the obligation to be in any certain sum,  below to
but left a blank for it.                                       amend, court
                                                              will give
Ross for the defendant in error moved for leave to amend  leave to
                                                          amend af-
upon the ground of an agreement between the attornies below  ter error
before error brought; of which he produced a certificate from  brought,
                                                               and without
them.                                                          costs.

M'Kean (attorney general). The agreement was never com-
municated to me, nor is it on record. The plaintiff below should
have seen to the amendment; and if leave is given now it ought
to be upon payment of costs. Rees v. Morgan. (a) Petrie v.
Hannay. (b)

Per CURIAM. You are bound by the agreement of the attor-
nies below. We do not proceed upon the common ground of
amendment, but upon the agreement. The amendment may
therefore be made, and without costs.

(a) 3 D. & E. 349.          (b) 3 D. & E. 659.